**FILED**

AUG 1 0 2018

Clerk, U.S. District Court
Texas Eastern

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,** | § § § | |
| **v.** | § § | Case 4:18-cv-00565-ALM-CAN |
| Trusted Leads, LLC, Trusted Debt<br>Solutions, LLC Schimeon Frederick,<br>Tiffany Frederick,  and John/Jane Does 1-<br>5<br>**Defendants** | § § § § § § | |

### PLAINTIFF'S Motion for Leave to file sealed documents

1.  The Plaintiff requests leave to file sealed documents as exhibits to the complaint. The
    first document is a confidential settlement agreement upon which this case is
    based. The document is confidential and the Plaintiff requests the document be
    sealed from public view as the parties intended for it to be confidential.

2.  The Plaintiff also provided banking information showing a returned check, which also
    forms the basis of this lawsuit. The check is related to the Plaintiff's personal
    banking records and as such the Plaintiff requests it be shielded from public view.

Craig Cunningham, Plaintiff, Pro-se

3000 Custer Road, ste 270-206 Plano, Tx 75075

8/10/2018

615-348-1977

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** § § § § § v. § § Greenstar Capital Solutions, LLC, Alex § Silverman, Noah Silverman, Trusted § Leads, LLC, Schimeon Frederick, Tiffany § Frederick,  and John/Jane Does 1-5 § § **Defendants.** § | Case 4:18-cv-00565-ALM-CAN |

\

### Certificate of Service

I certify that a true copy of the foregoing was sent via usps first class mail to the defendants in this case.

Craig Cunningham, Plaintiff, Pro-se

3000 Custer Road, ste 270-206 Plano, Tx 75075

8/10/2018

615-348-1977

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>Greenstar Capital Solutions, LLC, Alex Silverman, Noah Silverman, Trusted Leads, LLC, Schimeon Frederick, Tiffany Frederick,  and John/Jane Does 1-5<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case 4:18-cv-00565-ALM-CAN |

**<u>Order</u>**

The Plaintiff's Motion for leave to file sealed exhibits is hereby granted/Denied

Judge_____

Date_____