UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS



| | | |
|---|---|---|
| CRAIG CUNNINGHAM, Plaintiff, | § § § § | |
| v. | § § | 4:18-cv-00565 |
| Trusted Leads, LLC, et al Defendants. | § § § § § | |

### PLAINTIFF'S Motion to Withdraw Docket 15 previously filed Motion for a Default Judgment for a Sum Certain and Notice of voluntary dismissal without prejudice for the Trusted Leads Defendants

1. To the Honorable US District Court:

2. The Plaintiff wishes to withdraw docket 15 the previously filed Motion for a Default Judgment for a Sum Certain and hereby files a notice of Voluntary Dismissal without prejudice for the following defendants: Trusted Leads, LLC, Trusted Debt Solutions, LLC, Tiffany Frederick, and Schimeon Frederick.

3. The Plaintiff intends to prosecute hsi claims against DR Finance, LLC and Teliamarie Lamb.

*Craig Cunningham*
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 12/21/2018

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. Trusted Leads, LLC, Trusted Debt Solutions, LLC, Schimeon Frederick, Tiffany Frederick Defendants. | § § § § § § § § § § § 4:18-cv-00565 |
|---|---|

### PLAINTIFF'S Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants via USPS first class mail on 12/21/2018 to attorney for the defendants: Chris Meier, c/o Greenspoon Marder, LLP 100 West Cypress Creek Road, Suite 700, Fort Lauderdale, FL 33309

Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977 12/21/2018