# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:18-CV-565 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| TRUSTED LEADS, LLC, ET AL. § | |

## ORDER OF PARTIAL DISMISSAL

Came on to be considered this day Plaintiff Craig Cunningham's ("Plaintiff") "Motion to Withdraw Docket 15 Previously Filed Motion for a Default Judgment for a Sum Certain and Notice of Voluntary Dismissal without Prejudice for the Trusted Leads Defendants" ("Notice of Voluntary Dismissal") (Dkt. #30). Plaintiff's request to withdraw Docket #15, Plaintiff's Motion for Default Judgment for a Sum Certain, has been granted by separate order (Dkt. #31). After considering the Notice of Voluntary Dismissal, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendants Trusted Leads, LLC, Trusted Debt Solutions, LLC, Tiffany Frederick, and Schimeon Frederick are hereby dismissed without prejudice. Plaintiffs' claims against DR. Finance, LLC and Teliamarie Lamb remain.

All relief not previously granted is hereby **DENIED**.

**SIGNED this 4th day of January, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE