**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | § | |
| | § | CIVIL ACTION NO.  4:18-CV-565-ALM- |
| Plaintiff, | § | CAN |
| | § | |
| v. | § | |
| | § | |
| DR FINANCE, LLC,  ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. 37], filed on February 12, 2019.  Pursuant to Local Rule CV-7, a party has fourteen (14) days in which to file a response to a motion, after which the Court will consider the submitted motion for decision.  To date, Plaintiff has not filed a Response to the pending Motion to Dismiss.  Given Plaintiff's *pro se* status, the Court finds that Plaintiff's deadline to respond to Defendants' Motion to Dismiss should be extended, and Plaintiff should be given further opportunity to respond to such motion.  Accordingly,

It is therefore **ORDERED** that Plaintiff shall file a response to Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint [Dkt. 37] no later than *Wednesday, March 6, 2019, at 5:00 p.m*.  Any Reply and/or Sur-Reply, if necessary, should be filed in accordance with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Eastern District of Texas.

**IT IS SO ORDERED**.  **SIGNED this 28th day of February, 2019.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page Solo