UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. DR Finance, LLC et al Defendant | § § § § § § § § § § | 4:18cv565 4:18-cv-00665 | FILED DEC 0 2 2019 Clerk, U.S. District Court Texas Eastern |
|---|---|---|---|

**Plaintiff's Notice of Settlement**

1. The Plaintiff hereby notifies the court of a pending settlement with the parties in this case.

2. The Plaintiff requests the court hold all deadlines in the case for 30 days to allow the parties to circulate the closing documents in this case.

*Craig Cunningham*
Plaintiff,          11/29/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| CRAIG CUNNINGHAM, Plaintiff, v. DR Finance, et al Defendant | § § § § § § § § § § § | 4:18-cv-00665 |
|---|---|---|

**Plaintiff's Certificate of Service**

I hereby certify a true copy of the foregoing was emailed to the defendants of record in this case.

*Craig Cunningham*
Plaintiff,                     11/29/2019

3000 Custer Road, ste 270-206, Plano, Tx 75075