IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CRAIG CUNNINGHAM, )
)
    Plaintiff, ) No. 4:18-cv-00565
)
v. )
)
DR Finance, LLC )
)
    Defendants. )

### Craig Cunningham's Motion to Dismiss with Prejudice

1. To the Honorable US District Court:

2. The Plaintiff hereby wishes to dismiss this case with prejudice against all defendants.

BY: /s/ Craig Cunningham
3000 Custer Road, ste 260-206, Plano, Tx 75075, 615-348-1977

1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:18-cv-00565 |
| | ) | |
| v. | ) | |
| | ) | |
| DR Finance, LLC | ) | |
| | ) | |
| Defendants. | ) | |

~~Craig Cunningham's Response in Opposition to DR Finance's Amended Motion to Dismiss~~

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was exchanged with all parties and/or all counsel of record *via email and by first class mail,*

BY: /s/ Craig Cunningham
3000 Custer Road, ste 260-206, Plano, Tx 75075, 615-348-1977