# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM | § |
| | §  Civil Action No. 4:18-CV-565 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| DR. FINANCE, LLC, ET AL. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is Plaintiff's Motion to Dismiss with Prejudice (Dkt. #92), wherein Plaintiff states that he "wishes to dismiss this case with prejudice against all defendants." To date, the remaining Defendants in this cause have not answered or filed a motion for summary judgement. After reviewing the Motion to Dismiss, and all relevant filings, the Court finds the Motion should be **GRANTED**. Accordingly,

It is therefore **ORDERED** that the above captioned and numbered civil action is hereby **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 30th day of December, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE